[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-10497

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JOSHUA SHANE DAVIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:13-cr-00130-TFM-MU-1

_____

2                    Opinion of the Court                    23-10497

Before NEWSOM, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

Scott Wayne Hunter, appointed counsel for Joshua Shane Davis in this appeal following the district court's revocation of supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Davis's supervised release and his new revocation sentence are **AFFIRMED.**